DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT McMILLEN and
DENISE WHITE,

Petitioners,

v.

HLBF LLC, a Limited liability
company,

Respondent.

No. 2D23-1370

_____

February 23, 2024

Petition for Writ of Certiorari to the County Court for Hillsborough County; Miriam Valkenburg, Judge.

Robert McMillen and Denise White, pro se.

Whitney H. Daly of The MGFD Law Firm, Clearwater, for Respondent.

PER CURIAM.

   Dismissed as moot.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.